# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LYNN DUNCAN,<br><br>              Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant.<br>_____ | Case No.: 1:10-cv-02143-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER**<br><br>(Doc. 12) |

On June 22, 2011, Plaintiff filed a motion for a 30-day extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. (Doc. 12.) The administrative record was served on May 20, 2011, and Plaintiff's confidential letter brief was to be served on the Commissioner on or before June 22, 2010. Plaintiff's request for a 30-day extension of time is granted and the scheduling order is modified as follows:

1. Plaintiff's confidential letter brief shall be **served on or before July 25, 2011**;

2. Commissioner's confidential letter brief shall be **served on or before September 1, 2011**;

3. Any stipulation to remand the case shall be **filed on or before September 19, 2011**;

4. Plaintiff's opening brief shall be **filed on or before October 4, 2011**;

5. Commissioner's responsive brief shall be **filed on or before November 7, 2011**; and

6. Plaintiff may file a reply brief **on or before November 25, 2011**.[1]

The Court also notes that the Clerk of Court has issued consent documents to Plaintiff. (Doc. 6, 10). Plaintiff shall complete the forms provided by the Clerk of Court and return the forms to the Court for filing.

Accordingly, it is HEREBY ORDERED THAT:

1. Plaintiff's motion for an extension of time is GRANTED;

2. The Schedule is modified as provided above;

3. The Clerk of Court is directed to provided Plaintiff with the consent to assignment or request for reassignment documents with the service of this order; and

4. Plaintiff shall complete the consent or reassignment form and return it to the Court for filing.

IT IS SO ORDERED.

**Dated:   June 24, 2011**                              /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] These dates reflect application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.